AGNES WEBER, Respondent, v. HERBERT P. CALLAGHAN et al., Defendants, and R. HAROLD PALTROW et al., Copartners Doing Business as PALTROW & JENSEN, Appellants.

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.